# Friedrich & Friedrich, LLC
*Counselors at Law*

Jay Joseph Friedrich, Esq.
Member
New Jersey, New York & Florida Bars
U. S. Tax Court
Rule 1:40-Qualified Mediator

David B. Friedrich, Esq.
Member
New Jersey & New York Bars
Chartered Institute of Arbitrators

April 3, 2008

Magistrate Judge Esther Salas
United States District Court
District of New Jersey
M.L. King Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

So Ordered
Peter [signature]
4/3/08

    RE:    **Mastrangelli v. Cablevision**
             **Civil Action No.: 08-cv-1047**

Dear Sir/Madam:

    Per my communication with the court clerk of the United States District Court of New Jersey, Newark, kindly accept this correspondence confirming that the law office of Friedrich & Friedrich represent Plaintiff, Richard John Mastrangeli and that attorney Jay Joseph Friedrich shall be charged for the duty of representation of Plaintiff and be identified as attorney of record.

    Furthermore, per my communication with the court clerk when Plaintiff's matter was transferred to Federal Court this office was not made attorney of record for Plaintiff unbeknownst to me. Due to this fact Defendant's motion to dismiss Plaintiff's cause of action for failure to state a claim which is returnable on April 14, 2008 was never electronically served upon this office. Furthermore, Defendant's attorney did attempt to serve this office a hard copy of the motion however the hard copy was served on Good Friday and the overnight courier left it at a back door which clearly states deliver all mail to the front door. The overnight mailer was never signed for and was only found on April 3, 2008. I request of opposing counsel to grant an extension as opposition papers are now out of time due to the fact of not receiving service. However, at this time, Defendant's counsel is not able to grant same as of the time of drafting this correspondence.

    It is therefore requested due to the fact that my office never received the ECF filing and that the hard copy was left at an unused door and just recently

discovered that the court allow Plaintiff's oppositions to be accepted on April 17, 2008.

   I thank the court for its consideration and time in this matter.

         Very truly yours,
         FRIEDRICH & FRIEDRICH, LLC


         By: s/c Jay Joseph Friedrich (JF7759)

JJF/jl

*203 Godwin Avenue, Ridgewood, New Jersey 07450*
*Tel: 201.670.9600 • Fax: 201.670.9650*
*5 Plume Grass Way, Westhampton, New York 11977*
*Tel: 631.961.6466*