December 5, 2008

**VIA E-FILING**
Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
For the District of New Jersey
M.L. King Jr. Fed. Bldg. & Cthse.
50 Walnut Street
Newark, New Jersey 07102

SO ORDERED: /s/ Peter G. Sheridan
DATED: 12/8/08

> **RE:**   **Mastrangelli v. Cablevision Systems Corp.**
> **Civil Action No.: 08-cv-1047**

Dear Judge Sheridan:

Pursuant to my communication with Your Honor's clerk, please accept this correspondence as a request to adjourn oral argument for Defendant's motion to dismiss scheduled for December 18, 2008. The reason for said request is due to the fact that the attorney charged with the file will be out of the State for medical reasons as explained to your clerk.

Defendant's counsel has consented to the adjournment and further pursuant to Your Honor's clerk a date in which all parties are available after the beginning of the year is January 9, 2009. [at 11 AM]

I thank the court for its courtesies in this matter.

> Respectfully submitted,
> FRIEDRICH & FRIEDRICH, LLC
>
> By:   __/s/ Jay Joseph Friedrich____
>           Jay Joseph Friedrich

JJF/lkk
cc:   Jaime N. Morris, Esq. (via e-filing)