Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540
Tel: 609.919.6600
Fax: 609.919.6701
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW
A Pennsylvania Limited Liability Partnership

ROBERT A. WHITE
Partner-in-Charge

**Jaime N. Morris**
Associate
609.919.6657
jnmorris@morganlewis.com

February 25, 2009

**VIA FACSIMILE**

Honorable Peter G. Sheridan
U.S.D.C. District of New Jersey
Martin Luther King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, NJ 07102

Re: **Mastrangeli v. Cablevision Systems Corporation, et al.**
**Civil Action No. 2:08-CV-1047 (PGS) (ES)**

Dear Judge Sheridan:

We represent Defendant in the above matter and submit this letter via facsimile with the permission of Your Honor's secretary, Dolores. We respectfully request an adjournment of the oral argument scheduled for February 27, 2009 as we are unavailable on that date. Plaintiff's counsel has consented to the adjournment and after speaking with Dolores, all parties have agreed to March 13, 2009 at 10:00 a.m.

Thank you for your consideration of this matter.

Respectfully submitted,

*Jaime N. Morris*
Jaime N. Morris

Hearing at 3/13/09
at 12:00

SO ORDERED: [signature]
DATED: 2/26/09

JNM/jeb

cc: David B. Friedrich, Esq. (via facsimile and regular mail)
Rene M. Johnson, Esq.

FEB-25-2009 17:10   MORGAN LEWIS BOCKIUS   6099196701   P.002