# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD JOHN MASTRANGELI,<br><br>Plaintiff,<br><br>v.<br><br>CABLEVISION SYSTEMS CORPORATION, et al.,<br><br>Defendants | Civil Action No. 08-cv-1047 (PGS)<br><br>**ORDER** |

This matter having come before the Court on defendant, Cablevision Systems Corporation's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6), and on plaintiff's cross-motion to remand the case to New Jersey State court pursuant to 28 U.S.C. § 1447; and the Court having reviewed the papers submitted, and having heard oral argument; for the reasons set forth in the opinion of even date with this Order, and for good cause shown,

IT IS on this 31 day of March, 2009

ORDERED that defendant's motion to dismiss is granted without prejudice. Plaintiff may reopen this matter on or before April 30, 2009 by submitting a complaint that complies with the Federal Rule 8 general rules of pleading; and it is further

ORDERED that plaintiff's motion to remand the case to New Jersey State court is denied.

March 31, 2009

PETER G. SHERIDAN, U.S.D.J.